IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02214-BNB

DAVID E. BIRDSALL,

    Plaintiff,

v.

DIRECTOR HUMAN SERVICES,
NICOLE Y. HOARD, and
OTHER SOCIAL WORKER,

    Defendants.

_____

ORDER OF DISMISSAL

_____

Plaintiff, David E. Birdsall, initiated this action by filing *pro se* a Prisoner

Complaint (ECF No. 1).  On September 17, 2014, Magistrate Judge Boyd N. Boland

ordered Mr. Birdsall, who is not a prisoner, to file an amended complaint on the proper

form that lists an address for each Defendant and that complies with the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure.  Mr. Birdsall was

warned that the action would be dismissed without further notice if he failed to file an

amended complaint within thirty days.

Mr. Birdsall has failed to file an amended complaint within the time allowed and

has failed to respond in any way to Magistrate Judge Boland's September 17 order.

Therefore, the action will be dismissed without prejudice for failure to comply with a

court order.  Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that

any appeal from this order would not be taken in good faith and therefore *in forma*

*pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Birdsall failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   23rd   day of    October        , 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court